

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

vs.                                                    Criminal No. 3:09-cr-96HTW-LRA-002

PEDRO DEWAYNE PHILLIPS

## ORDER OF RECUSAL

This matter is before the court *sua sponte*. The court has reviewed the case and finds that the defendant Pedro Dewayne Phillips is a personal acquaintance of the undersigned and that the undersigned's impartiality in this matter against him might reasonably be questioned. The undersigned hereby disqualifies himself from serving as Judge in this specific cause pursuant to Title 28 U.S.C. § 455(a).

**SO ORDERED, this the 6th day of November, 2009.**

s/ HENRY T. WINGATE

_____
**CHIEF UNITED STATES DISTRICT JUDGE**