**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 3:09-cr-96-DCB-LRA
)
DERRICK LAMON BEALS )

**ORDER**

This cause is before the Court on the Status Hearing of the Defendant, Derrick Lamon

Beals. Having been advised of the current status of the case and that the Defendant requests new

representation, the Court has considered the current status of the case and the request of the

Defendant and finds that the request for new counsel is well taken and is hereby granted, and that

this cause shall be continued to the next trial term of the Court and that the period of delay shall

be excluded in computing the time within which the trial of this matter commence in accordance

with the Speedy Trial Act, 18 U.S.C. §3161.

Due to the nature of the charges and the status of the case, the appointment of new

counsel, and having duly considered the factors articulated in Title 18, Section 3161(h) to

determine the appropriateness of a continuance, the Court finds that, pursuant to Title 18,

Section 3161(h)(7)(A) of the United States Code, the ends of justice outweigh the best interests

of the public and the defendant in a speedy trial in this cause and are best served by continuing

this case to the next term of Court.

IT IS THEREFORE ORDERED that this matter be continued until the next term of Court

commencing on June 7, 2010.

_____s/ David Bramlette_____
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE
March 12, 2010