IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

V.                                                      CRIMINAL NO. 3:09CR96DCB-LRA

DERRICK LAMON BEALS                    **UNDER SEAL**


## ORDER GRANTING MOTION TO SEAL

The Court, having reviewed the Motion of the United States of America requesting that

the Motion to Enforce Standard Discovery Order be sealed, finds that it is well taken and should

be granted.

It is therefore, Ordered that the Motion to Enforce Standard Discovery Order be sealed

until further order of the Court.

SO ORDERED, this the   9th   day of November, 2010.


                                            s/ David Bramlette
                                          United States District Judge


Presented by:


s/Darren J. LaMarca
DARREN J. LAMARCA
Assistant United States Attorney
MSB 1782