```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      JACKSON DIVISION
```

UNITED STATES OF AMERICA

V.                                    CRIMINAL NO. 3:09CR96DCB-LRA

DERRICK LAMON BEALS

ORDER NUNC PRO TUNC

WHEREAS, the referenced case was set for trial on the 16th day of November, 2010, having been continued on several occasions at the instance of the defendant and,

WHEREAS, on the morning of trial Robyn Teague, counsel for the defendant, announced that she had no experience in the Federal Court system and she was unprepared to proceed as counsel for the defendant and,

WHEREAS, the said attorney Teague had formerly associated Earnestine Alexander to assist her in the trial and,

WHEREAS, on the morning of trial the undersigned District Court Judge inquired of Attorney Alexander if she was willing to proceed with the matter, and if so the Court announced that she would be given additional time to prepare and,

WHEREAS the said Attorney Alexander announced that she would proceed with the representation of Derrick Lamon Beals and did not need a continuance for the reason that she had been working on the case prior to the date of trial, although she had received

1

no remuneration and had no fee arrangement with defendant Beals and,

WHEREAS on the second day of trial she was assisted by Steven Waldrup who took a very active part for two days in the three day trial.

NOW, THEREFORE, under the provisions of the Criminal Justice Act the Court does hereby appoint, nunc pro tunc the said Earnestine Alexander and the said Steven Waldrup as counsel for Derrick Lamon Beals and these attorneys are hereby requested to submit their vouchers as provided by law.

SO ORDERED this the   23rd   day of November, 2010.

                                                  s/David Bramlette
                                      UNITED STATES DISTRICT JUDGE